IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MARKEITH A. HUNTER, )
)
Petitioner, )
v. ) Civil Action No. 3:19CV176–HEH
)
DIRECTOR OF THE DEPT. )
OF CORRECTIONS, )
)
Respondent. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on April 2, 2019, the Court conditionally docketed Petitioner's action. On April 17, 2019, United States Postal Service returned the April 2, 2019 Memorandum Order to the Court marked, "NOT HERE" and "RETURN TO SENDER." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice. A certificate of appealability will denied.

An appropriate Order shall accompany this Memorandum Opinion.

                                /s/
HENRY E. HUDSON
Date: April 22, 2019            SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia